### 3532.   MAHONE *v.* THE STATE.

HILL, C. J.   This case is fully controlled by *Blount* v. *State*, ante, 575 (71 S. E. 877).                                    *Judgment affirmed.*

DECIDED JULY 25, 1911.

Motion for a new trial; from Talbot superior court—Judge Gilbert.   May 15, 1911.

*Bull & Smith*, for plaintiff in error.

*George C. Palmer, solicitor-general,* contra.

---

### 3347.   DANIEL *v.* THE STATE.

POWELL, J.   There was no material error in the trial of the case. The evidence fully authorizes the verdict, and the judge of the superior court did not err in overruling the certiorari.

*Judgment affirmed.*

DECIDED JUNE 7, 1911.   REHEARING DENIED AUGUST 4, 1911.

Certiorari; from Jasper superior court—Judge J. B. Park.   February 23, 1911.

*Doyle Campbell*, for plaintiff in error.

*Joseph E. Pottle, solicitor-general,* contra.